UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

JUN 25 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:25-CR-41 |
| | ) | Violation: |
| MALCON E. THOMAS | ) | 18 U.S.C. § 924(a)(1)(A) |
| (aka "Malcolm E. Thomas") | | |

**THE GRAND JURY CHARGES:**

On or about April 14, 2025, in the Northern District of Indiana,

MALCON E. THOMAS,

defendant herein, did knowingly make a false statement and representation to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of the licensed firearms dealer, in that the defendant did complete and execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, answering "no" to the question:

"Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation," when he had been convicted of such a crime;

All in violation of 18 U.S.C. § 924(a)(1)(A).

A TRUE BILL

/s/ Foreperson
Foreperson

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

By: /s/ Teresa L. Ashcraft
Teresa L. Ashcraft
Assistant United States Attorney